IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN P. DINGS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 12-4559 |
| GERARD LENHOFF, JR. | : | |

# **ORDER**

AND NOW, this 19th day of February, 2013, upon consideration of the parties arguments made during a telephonic conference held on this date as to whether or not the matter will be tried as a jury trial, it is hereby ORDERED that the case will be tried as a Bench trial.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE